IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER DALE GODWIN,

    Petitioner,    JUDGMENT IN A CIVIL CASE

v.    Case No. 15-cv-202-wmc

WARDEN TERRY O'BRIEN,
ANNIE WILLIAMS, CAPTAIN J. GILLIE
and CHARLES E. SAMUELS, JR.,

    Respondents.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Roger Dale Godwin's request for leave to proceed in forma pauperis and dismissing his petition for a writ of habeas corpus under 28 U.S.C. § 2241 without prejudice for lack of jurisdiction.

    /s/                                                4/2/2015

Peter Oppeneer, Clerk of Court            Date